**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

Deborah Hill

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Genesis F.S. Card Services

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**

Jury Trial: ☐ Yes ☒ No

(check one)

**I.     Parties in this complaint:**

A.     List your name, address and telephone number.  If you are presently in custody, include your identification number and the name and address of your current place of confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

| Plaintiff | | |
|---|---|---|
| Name | Deborah A. Hill | |
| Street Address | 118 Ardsley Ro | |
| County, City | Upper Darby | Delaware (county) |
| State & Zip Code | Pa 19082 | |
| Telephone Number | 215-252-4499 | |

*Rev. 10/2009*

B.    List all defendants.  You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant can be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets of paper as necessary.

Defendant No. 1        Name _Genesis  FS. Card  Services_

                       Street Address _PO Box  4499_

                       County, City _Beaverton_

                       State & Zip Code _OR  97076_


Defendant No. 2        Name _____

                       Street Address _____

                       County, City _____

                       State & Zip Code _____


Defendant No. 3        Name _____

                       Street Address _____

                       County, City _____

                       State & Zip Code _____


Defendant No. 4        Name _____

                       Street Address _____

                       County, City _____

                       State & Zip Code _____


## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C.  § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*
      ○  Federal Questions            ○  Diversity of Citizenship


B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at

      issue? _____

      _____

      _____

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

## III. Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how <u>each</u> of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? __Pa_____

_____

B. What date and approximate time did the events giving rise to your claim(s) occur? __9-3-2021__

_____

C. Facts: Reporting inaccuratte information to the credit bureaus. Upon reviewing my credit I noticed false information being reported about myself.

_____

_____

_____

Genesis FS Credit

_____

_____

No

_____

_____

_____

_____

_____

## IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I instantly had a panic attack in the middle of my work day. I had to lose hours in order to regain myself productively. My doctor has scheduled me appointment to come in. Inaccurate information has dropped my credit score causing me higher rates on things such as moving into a better neighborhood. I've had to empty my accounts out for expenses due to failed credit checks. This has negatively affected every area of my life and my childrens well being

## V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I would like the court to have them compensate me in the amount of 12,000 for emotional distress and would like permanently removed from my credit accounts all 3 reports. I have ok credit if this wasn't reporting inaccurate information I would have had less to pay to move into my home. I would not have had to clear out my savings account to get things needed to move such as furniture. I was denied multiple credit opportunities that I would have utilized instead of cash if they were not reporting false information

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _3_ day of _September_ , 20 _21_ .


Signature of Plaintiff _Deborah A. Hill_
Mailing Address _118 Ardsley rd_
_Upper Darby Pa 19082_

Telephone Number _215-252-4499_
Fax Number *(if you have one)* _215-271-4607_
E-mail Address _Debhill1986@gmail.com_

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.


For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.


Signature of Plaintiff: _____

Inmate Number _____

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.    *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

DEBORAH HILL

**DEFENDANTS**

GENESIS FS CARD SERVICES

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government Plaintiff
- [x] 3  Federal Question *(U.S. Government Not a Party)*
- [ ] 2  U.S. Government Defendant
- [ ] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 6 | [ ] 6 |
| Citizen of Another State | [ ] 2 | [x] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | Personal Injury Product Liability | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| | | [ ] 370 Other Fraud | | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | | [ ] 880 Defend Trade Secrets Act of 2016 | [x] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | **LABOR** | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards Act | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | | [ ] 720 Labor/Management Relations | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | | | [ ] 740 Railway Labor Act | [ ] 862 Black Lung (923) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 751 Family and Medical Leave Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 790 Other Labor Litigation | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | [ ] 791 Employee Retirement Income Security Act | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 

CHECK YES only if demanded in complaint:
JURY DEMAND:  [ ] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*

JUDGE _____    DOCKET NUMBER _____

DATE _____    SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

  **(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

  **(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. **(See Section III below; NOTE: federal question actions take precedence over diversity cases.)**

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.



Prepared For
**DEBORAH HILL**
Personal & confidential
**Date generated:** Aug 17, 2021

**At a glance**



### FICO® Score 8

**595** FICO® SCORE 8
Experian data Aug 17, 2021

300 ——————————————————————————— 850
Fair



| Account summary | |
|---|---|
| Open accounts | 13 |
| Self-reported accounts | 5 |
| Accounts ever late | 15 |
| Closed accounts | 14 |
| Collections | 6 |
| Average account age | 4 yrs 2 mos |
| Oldest account | 7 yrs 4 mos |



**Overall credit usage**

**176 %**

■ Credit used: **$5,094**
□ Credit limit: **$2,900**

| Debt summary | |
|---|---|
| Credit card and credit line debt | $5,094 |
| Self-reported account balance | $517 |
| Loan debt | $0 |
| Collections debt | $9,946 |
| Total debt | $15,557 |



**Open accounts**

| AVANT LLC/WEB BANK | $298 |
|---|---|
| Exceptional payment history | Balance updated **Aug 11, 2021** |

### 🗐 Account info

| | | | |
|---|---|---|---|
| Account name | **AVANT LLC/WEB BANK** | Balance | **$298** |
| Account number | **162201XXX** | Balance updated | **Aug 11, 2021** |
| Original creditor | - | Credit limit | **$300** |
| Company sold | - | Usage | **99%** |
| Account type | **Credit Card** | Monthly payment | **$25** |
| Date opened | **May 13, 2021** | Past due amount | |
| Account status | **Open** | Highest balance | **$358** |
| Payment status | **Current** | Terms | **Revolving** |
| Status updated | **Aug 2021** | Responsibility | **Individual** |
| | | Your statement | - |

### ▦ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | - | - | - | - | - | ● | ● | ● | - | - | - | - |

● On time      - Data unavailable

### ✉ Contact info

| | |
|---|---|
| Address | **222 N LASALLE ST STE 160 CHICAGO, IL 60601** |
| Phone number | **(800) 712-5407** |

### 🗐 Comments

-



| ⦿CCS/FIRST SAVINGS BANK | $297 |
|---|---|
| Exceptional payment history | Balance updated **Aug 02, 2021** |

### 🖉 Account info

| | | | |
|---|---|---|---|
| Account name | **CCS/FIRST SAVINGS BANK** | Balance | **$297** |
| Account number | **543360XXXXXXXXXX** | Balance updated | **Aug 02, 2021** |
| Original creditor | - | Credit limit | **$350** |
| Company sold | - | Usage | **84%** |
| Account type | **Credit Card** | Monthly payment | **$30** |
| Date opened | **Feb 26, 2021** | Past due amount | - |
| Account status | **Open** | Highest balance | **$339** |
| Payment status | **Current** | Terms | **Revolving** |
| Status updated | **Aug 2021** | Responsibility | **Individual** |
| | | Your statement | - |

### ▥ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | - | - | ⦿ | ⦿ | ⦿ | ⦿ | ⦿ | ⦿ | - | - | - | - |

⦿ On time        - Data unavailable

### ✉ Contact info

| | |
|---|---|
| Address | **500 E 60TH ST N SIOUX FALLS, SD 57104** |
| Phone number | **(888) 469-0291** |

### 🗐 Comments

-



---

| ●**CITICARDS CBNA** | **$165** |
|---|---|
| Exceptional payment history | Balance updated **Aug 11, 2021** |

### 🖽 Account info

| | | | |
|---|---|---|---|
| Account name | **CITICARDS CBNA** | Balance | **$165** |
| Account number | **542418XXXXXX** | Balance updated | **Aug 11, 2021** |
| Original creditor | **-** | Credit limit | **$200** |
| Company sold | **-** | Usage | **82%** |
| Account type | **Secured Credit Card** | Monthly payment | **$35** |
| Date opened | **Mar 04, 2020** | Past due amount | **-** |
| Account status | **Open** | Highest balance | **$197** |
| Payment status | **Current** | Terms | **Revolving** |
| Status updated | **Aug 2021** | Responsibility | **Individual** |
| | | Your statement | **-** |

---

### ▥ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ● | ● | ● | ● | ● | ● | ● | ● | - | - | - | - |
| 2020 | - | - | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |

● On time          - Data unavailable

---

### ✉ Contact info

| | |
|---|---|
| Address | **PO BOX 6241 SIOUX FALLS, SD 57117** |
| Phone number | **By mail only** |

---

### ▤ Comments

-

---



Prepared For **DEBORAH HILL**    **Date generated:** Aug 17, 2021

| ● **CREDIT ONE BANK NA** | $274 |
| --- | --- |
| Exceptional payment history | Balance updated **Aug 03, 2021** |

### 🏛 Account info

| | | | |
| --- | --- | --- | --- |
| Account name | **CREDIT ONE BANK NA** | Balance | **$274** |
| Account number | **444796XXXXXXXXXX** | Balance updated | **Aug 03, 2021** |
| Original creditor | - | Credit limit | **$300** |
| Company sold | - | Usage | **91%** |
| Account type | **Credit Card** | Monthly payment | **$30** |
| Date opened | **Jul 20, 2020** | Past due amount | - |
| Account status | **Open** | Highest balance | **$300** |
| Payment status | **Current** | Terms | **Revolving** |
| Status updated | **Aug 2021** | Responsibility | **Individual** |
| | | Your statement | - |

### 🗓 Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2021 | ● | ● | ● | ● | ● | ● | ● | ● | - | - | - | - |
| 2020 | - | - | - | - | - | - | - | ● | ● | ● | ● | ● |

● On time          - Data unavailable

### ✉ Contact info

| | |
| --- | --- |
| Address | **PO BOX 98875 LAS VEGAS, NV 89193** |
| Phone number | **(702) 269-1000** |

### 🗨 Comments

-



---

**FEB DESTINY/GF**                                                                  $378

Exceptional payment history                                    Balance updated Jul 08, 2021

### 🗎 Account info

| | | | |
|---|---|---|---|
| Account name | **FEB DESTINY/GF** | Balance | $378 |
| Account number | 513253XXXXXXXXXX | Balance updated | Jul 08, 2021 |
| Original creditor | - | Credit limit | $300 |
| Company sold | - | Usage | 126% |
| Account type | **Credit Card** | Monthly payment | $40 |
| Date opened | **Dec 16, 2020** | Past due amount | - |
| Account status | **Open** | Highest balance | $378 |
| Payment status | **Current** | Terms | **Revolving** |
| Status updated | **Jul 2021** | Responsibility | **Individual** |
| | | Your statement | - |

### ▦ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ● | ● | ● | ● | ● | ● | ● | - | - | - | | |

● On time          - Data unavailable

### ✉ Contact info

| | |
|---|---|
| Address | **15220 NW GREENBRIERPKWY BEAVERTON, OR 97006** |
| Phone number | **(866) 502-6439** |

### 🗎 Comments

-



| **FIRST PREMIER BANK** | $677 |
|---|---|
| Exceptional payment history | Balance updated **Aug 05, 2021** |

### 🏛 Account info

| | | | |
|---|---|---|---|
| Account name | **FIRST PREMIER BANK** | Balance | **$677** |
| Account number | **517800XXXXXXXXXX** | Balance updated | **Aug 05, 2021** |
| Original creditor | - | Credit limit | **$700** |
| Company sold | - | Usage | **96%** |
| Account type | **Credit Card** | Monthly payment | **$48** |
| Date opened | **Jun 29, 2021** | Past due amount | - |
| Account status | **Open** | Highest balance | **$691** |
| Payment status | **Current** | Terms | **Revolving** |
| Status updated | **Aug 2021** | Responsibility | **Individual** |
| | | Your statement | - |

### 🗓 Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | - | - | - | - | - | - | ● | ● | - | - | - | - |

● On time          - Data unavailable

### ✉ Contact info

| | |
|---|---|
| Address | **601 S MINNESOTA AVE SIOUX FALLS, SD 57104** |
| Phone number | **(605) 357-3000** |

### 🗒 Comments

**Account information disputed by consumer**



Prepared For **DEBORAH HILL**  **Date generated:** Aug 17, 2021

| **FIRST PREMIER BANK** | **$384** |
|---|---|
| Exceptional payment history | Balance updated **Aug 05, 2021** |

## 🏛 Account info

| | | | |
|---|---|---|---|
| Account name | **FIRST PREMIER BANK** | Balance | **$384** |
| Account number | **517800XXXXXXXXXX** | Balance updated | **Aug 05, 2021** |
| Original creditor | - | Credit limit | **$400** |
| Company sold | - | Usage | **96%** |
| Account type | **Credit Card** | Monthly payment | **$30** |
| Date opened | **May 29, 2020** | Past due amount | - |
| Account status | **Open** | Highest balance | **$399** |
| Payment status | **Current** | Terms | **Revolving** |
| Status updated | **Aug 2021** | Responsibility | **Individual** |
| | | Your statement | - |

## 🗓 Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ● | ● | ● | ● | ● | ● | ● | ● | - | - | - | - |
| 2020 | - | - | - | - | - | ● | ● | ● | ● | ● | ● | ● |

● On time    - Data unavailable

## ✉ Contact info

| | |
|---|---|
| Address | **601 S MINNESOTA AVE SIOUX FALLS, SD 57104** |
| Phone number | **(605) 357-3000** |

## 🏳 Comments

**Account information disputed by consumer**



| TBOM/ATLS/ASPIRE | $337 |
|---|---|
| Exceptional payment history | Balance updated Jul 25, 2021 |

### Account info

| | | | |
|---|---|---|---|
| Account name | **TBOM/ATLS/ASPIRE** | Balance | **$337** |
| Account number | **550114XXXXXXXXXX** | Balance updated | **Jul 25, 2021** |
| Original creditor | - | Credit limit | **$350** |
| Company sold | - | Usage | **96%** |
| Account type | **Credit Card** | Monthly payment | **$34** |
| Date opened | **Sep 09, 2020** | Past due amount | - |
| Account status | **Open** | Highest balance | **$378** |
| Payment status | **Current** | Terms | **Revolving** |
| Status updated | **Jul 2021** | Responsibility | **Individual** |
| | | Your statement | - |

### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ● | ● | ● | ● | ● | ● | ● | - | - | - | - | - |
| 2020 | - | - | - | - | - | - | - | - | - | - | - | ● |

● On time     - Data unavailable

### Contact info

| | |
|---|---|
| Address | **5 CONCOURSE PKWY STE 400 ATLANTA, GA 30328** |
| Phone number | **(800) 348-8753** |

### Comments

-



| ®CHKG/COMCAST | $212 |
|---|---|
| Exceptional payment history | TELECOM SELF-REPORTED |

### 🖉 Account info

| | | | |
|---|---|---|---|
| Account name | **TELECOM SELF-REPORTED** | Balance | **$212** |
| Account number | **08CB67XXXXXXXXX** | Balance updated | **Aug 15, 2021** |
| Original creditor | **CHKG/COMCAST** | Original amount | **$212** |
| Company sold | - | Monthly payment | **$212** |
| Account type | **Telecom** | Past due amount | - |
| Date opened | - | Highest balance | - |
| Account status | **Open** | Terms | **1 Month** |
| Payment status | **Current** | Responsibility | **Individual** |
| Status updated | **Aug 2021** | Your statement | - |

### 🎛 Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ● | ● | ● | - | ● | ● | ● | ● | - | - | - | - |
| 2020 | ● | - | ● | - | ● | ● | ● | - | - | ● | ● | ● |
| 2019 | - | - | - | - | - | ● | - | - | ● | - | ● | ● |

● On time          - Data unavailable

Self-reported data is contributed through your Experian account. The account number listed on your Experian credit file is a tracking number generated by Experian--not the account number at your bank or payee. Original creditor is the source of your self-reported data (your bank) and the payee (the company to which you pay your bills). The balance and monthly payment reflect the most recent payment recorded at your bank.

### ✉ Contact info

| | |
|---|---|
| Address | **PO BOX 4500 ALLEN, TX 75013** |
| Phone number | **(855) 891-2743** |

### 🗏 Comments

-



| ⊕CHKG/TMOBILE | $125 |
|---|---|
| Exceptional payment history | TELECOM SELF-REPORTED |

### ⚏ Account info

| | | | |
|---|---|---|---|
| Account name | TELECOM SELF-REPORTED | Balance | $125 |
| Account number | C8E51CXXXXXXXXX | Balance updated | Aug 15, 2021 |
| Original creditor | CHKG/TMOBILE | Original amount | $125 |
| Company sold | - | Monthly payment | $125 |
| Account type | Wireless | Past due amount | - |
| Date opened | - | Highest balance | - |
| Account status | Open | Terms | 1 Month |
| Payment status | Current | Responsibility | Individual |
| Status updated | Aug 2021 | Your statement | |

### ⊞ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | - | - | - | - | - | - | ⊕ | ⊕ | - | - | - | - |

⊕ On time          - Data unavailable

Self-reported data is contributed through your Experian account. The account number listed on your Experian credit file is a tracking number generated by Experian–not the account number at your bank or payee. Original creditor is the source of your self-reported data (your bank) and the payee (the company to which you pay your bills). The balance and monthly payment reflect the most recent payment recorded at your bank.

### ✉ Contact info

| | |
|---|---|
| Address | PO BOX 4500 ALLEN, TX 75013 |
| Phone number | (855) 891-2743 |

### ▤ Comments

-



Prepared For **DEBORAH HILL**   **Date generated:** Aug 17, 2021

| ⬤CHKG/NETFLIX | $19 |
|---|---|
| Exceptional payment history | TELECOM SELF-REPORTED |

### 🔒 Account info

| | | | |
|---|---|---|---|
| Account name | TELECOM SELF-REPORTED | Balance | $19 |
| Account number | 0EBF65XXXXXXXXX | Balance updated | Jul 20, 2021 |
| Original creditor | CHKG/NETFLIX | Original amount | $19 |
| Company sold | - | Monthly payment | $19 |
| Account type | Telecom | Past due amount | - |
| Date opened | - | Highest balance | - |
| Account status | Open | Terms | 1 Month |
| Payment status | Current | Responsibility | Individual |
| Status updated | Jul 2021 | Your statement | |

### 🗓 Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ⬤ | ⬤ | ⬤ | ⬤ | ⬤ | ⬤ | ⬤ | - | - | - | - | - |
| 2020 | - | ⬤ | ⬤ | ⬤ | ⬤ | ⬤ | ⬤ | ⬤ | ⬤ | ⬤ | ⬤ | ⬤ |

⬤ On time          - Data unavailable

Self-reported data is contributed through your Experian account. The account number listed on your Experian credit file is a tracking number generated by Experian--not the account number at your bank or payee. Original creditor is the source of your self-reported data (your bank) and the payee (the company to which you pay your bills). The balance and monthly payment reflect the most recent payment recorded at your bank.

### ✉ Contact info

| | |
|---|---|
| Address | PO BOX 4500 ALLEN, TX 75013 |
| Phone number | (855) 891-2743 |

### 🗨 Comments

-



---

| **●CHKG/PECOENERGY** | **$101** |
|---|---|
| Exceptional payment history | UTILITY SELF-REPORTED |

### 🏛 Account info

| | | | |
|---|---|---|---|
| Account name | **UTILITY SELF-REPORTED** | Balance | **$101** |
| Account number | **515E59XXXXXXXXX** | Balance updated | **Jul 26, 2021** |
| Original creditor | **CHKG/PECOENERGY** | Original amount | **$101** |
| Company sold | **-** | Monthly payment | **$101** |
| Account type | **Utility** | Past due amount | **-** |
| Date opened | **-** | Highest balance | **-** |
| Account status | **Open** | Terms | **1 Month** |
| Payment status | **Current** | Responsibility | **Individual** |
| Status updated | **Jul 2021** | Your statement | **-** |

### 🗓 Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | - | ● | ● | ● | ● | - | ● | - | ● | - | ● | - |
| 2020 | ● | - | - | ● | ● | ● | ● | ● | ● | ● | ● | - |
| 2019 | - | - | ● | ● | - | ● | - | ● | ● | ● | ● | ● |

● On time          - Data unavailable

Self-reported data is contributed through your Experian account. The account number listed on your Experian credit file is a tracking number generated by Experian–not the account number at your bank or payee. Original creditor is the source of your self-reported data (your bank) and the payee (the company to which you pay your bills). The balance and monthly payment reflect the most recent payment recorded at your bank.

### ✉ Contact info

| | |
|---|---|
| Address | **PO BOX 4500 ALLEN, TX 75013** |
| Phone number | **(655) 891-2743** |

### 🗒 Comments

-



| ⊖CHKG/PHILADELPHIAGAS | $60 |
|---|---|
| Exceptional payment history | UTILITY SELF-REPORTED |

## 🏛 Account info

| | | | |
|---|---|---|---|
| Account name | UTILITY SELF-REPORTED | Balance | $60 |
| Account number | 426C8EXXXXXXXXX | Balance updated | Mar 08, 2021 |
| Original creditor | CHKG/PHILADELPHIAGAS | Original amount | $60 |
| Company sold | - | Monthly payment | $60 |
| Account type | Utility | Past due amount | - |
| Date opened | - | Highest balance | - |
| Account status | Open | Terms | 1 Month |
| Payment status | Current | Responsibility | Individual |
| Status updated | Mar 2021 | Your statement | |

## ⊞ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | - | ● | ● | - | - | - | - | - | - | - | - | - |
| 2020 | - | ● | - | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| 2019 | - | - | - | - | - | - | - | - | - | - | - | ● |

● On time          - Data unavailable

Self-reported data is contributed through your Experian account. The account number listed on your Experian credit file is a tracking number generated by Experian–not the account number at your bank or payee. Original creditor is the source of your self-reported data (your bank) and the payee (the company to which you pay your bills). The balance and monthly payment reflect the most recent payment recorded at your bank.

## ✉ Contact info

| | |
|---|---|
| Address | PO BOX 4500 ALLEN, TX 75013 |
| Phone number | (855) 891-2743 |

## ▤ Comments

-



---

●CBNA

Exceptional payment history                                                                                    Closed

## ⌂ Account info

| | | | |
|---|---|---|---|
| Account name | **CBNA** | Balance | - |
| Account number | **601164XXXXXXXXXX** | Balance updated | **Oct 09, 2015** |
| Original creditor | - | Credit limit | **$200** |
| Company sold | - | Monthly payment | - |
| Account type | **Charge Card** | Past due amount | - |
| Date opened | **Jun 03, 2014** | Highest balance | **$193** |
| Account status | **Closed** | Terms | **Revolving** |
| Payment status | **Paid satisfactorily** | Responsibility | **Individual** |
| Status updated | **Oct 2015** | Your statement | |

## ▥ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015 | ● | ● | ● | ● | ● | ● | ● | ● | ● | NA | | |
| 2014 | - | - | - | - | - | ● | ● | ● | ● | ● | ● | ● |

● On time          NA No applicable payment history          - Data unavailable

## ✉ Contact info

| | |
|---|---|
| Address | **PO BOX 6497 SIOUX FALLS, SD 57117** |
| Phone number | **(800) 677-0232** |

## 🗏 Comments

**Account closed at consumer's request**



| ⚫ONEMAIN FINANCIAL | |
|---|---|
| Exceptional payment history | Closed |

### 📄 Account info

| | | | |
|---|---|---|---|
| Account name | **ONEMAIN FINANCIAL** | Balance | - |
| Account number | **607382XXXXXXXXXX** | Balance updated | **Aug 31, 2016** |
| Original creditor | - | Original amount | **$11,256** |
| Company sold | - | Monthly payment | - |
| Account type | **Unsecured Loan** | Past due amount | - |
| Date opened | **Jun 23, 2014** | Highest balance | - |
| Account status | **Closed** | Terms | **60 Months** |
| Payment status | **Account renewed or refinanced** | Responsibility | **Individual** |
| Status updated | **Aug 2016** | Your statement | - |

### 📊 Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016 | ● | ● | ● | ● | ● | ● | | NA | - | - | - | - |
| 2015 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| 2014 | - | - | - | - | ● | ● | ● | ● | ● | ● | ● | ● |

● On time          NA  No applicable payment history      - Data unavailable

### ✉ Contact info

| | |
|---|---|
| Address | **PO BOX 1010 EVANSVILLE, IN 47706** |
| Phone number | **(844) 298-9773** |

### 🗊 Comments

**Account closed due to transfer or refinance**

**Account closed due to refinance**



| ●ONEMAIN FINANCIAL | - |
|---|---|
| Exceptional payment history | Closed |

### 🖉 Account info

| | | | |
|---|---|---|---|
| Account name | **ONEMAIN FINANCIAL** | Balance | - |
| Account number | **607382XXXXXXXXXX** | Balance updated | **Jan 31, 2017** |
| Original creditor | - | Original amount | **$7,650** |
| Company sold | - | Monthly payment | - |
| Account type | **Unsecured Loan** | Past due amount | - |
| Date opened | **Aug 17, 2016** | Highest balance | - |
| Account status | **Closed** | Terms | **99 Months** |
| Payment status | **Current** | Responsibility | **Individual** |
| Status updated | **Jan 2017** | Your statement | - |

### 🖽 Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | NA | - | - | - | - | - | - | - | - | - | - | - |
| 2016 | - | - | - | - | - | - | - | ● | ● | ● | ● | ● |

● On time          NA  No applicable payment history      - Data unavailable

### ✉ Contact info

| | |
|---|---|
| Address | **PO BOX 1010 EVANSVILLE, IN 47706** |
| Phone number | **(844) 298-9773** |

### 🗏 Comments

**Transferred to another lender**
**Purchased by another lender**



Prepared For **DEBORAH HILL**    **Date generated:** Aug 17, 2021

| TBOM/MILESTONE | $2,284 |
|---|---|
| 1 late payment | Closed |

## 🗎 Account info

| | | | |
|---|---|---|---|
| Account name | **TBOM/MILESTONE** | Balance | **$2,284** |
| Account number | **541051XXXXXXXXXX** | Balance updated | **Aug 04, 2021** |
| Original creditor | - | Credit limit | **$300** |
| Company sold | - | Monthly payment | **$0** |
| Account type | **Credit Card** | Past due amount | **$0** |
| Date opened | **May 08, 2015** | Highest balance | **$2,284** |
| Account status | **Closed** | Terms | **Revolving** |
| Payment status | **Current, was past due 30 days** | Responsibility | **Individual** |
| Status updated | **Aug 2021** | Your statement | - |

## 🗓 Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ● | ● | ● | ● | ● | ● | ● | NA | - | - | - | - |
| 2020 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| 2019 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| 2018 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| 2017 | ● | 30 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| 2016 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| 2015 | - | - | - | - | - | ● | ● | ● | ● | ● | ● | ● |

● On time      30 days late      NA No applicable payment history
- Data unavailable

## ✉ Contact info

| | |
|---|---|
| Address | **PO BOX 4499 BEAVERTON, OR 97076** |
| Phone number | **None provided** |

## 🗨 Comments

**Account closed at consumer's request**

**Account closed at consumer's request and dispute investigation completed – consumer disagrees**



Prepared For **DEBORAH HILL**    **Date generated:** Aug 17, 2021

## Public records

No public records reported.



Prepared For **DEBORAH HILL**   **Date generated:** Aug 17, 2021

## Inquiries

**CREDIT ONE BANK NA**

Inquired on Jul 14, 2020

Business Type: Bank Credit Cards

PO BOX 98875

LAS VEGAS, NV 89193

(702) 269-1000

This inquiry is scheduled to continue on record until Aug 2022

**JPMCB CARD**

Inquired on Jul 6, 2020

Business Type: Bank Credit Cards

PO BOX 15298

WILMINGTON, DE 19850

(800) 432-3117

This inquiry is scheduled to continue on record until Aug 2022

**OLLO/TBOM/CWS**

Inquired on Apr 22, 2021

Business Type: Bank Credit Cards

PO BOX 9222

OLD BETHPAGE, NY 11804

(877) 494-0020

This inquiry is scheduled to continue on record until May 2023

**TBOM/ATLS/ASPIRE**

Inquired on Sep 8, 2020

Business Type: Bank Credit Cards

5 CONCOURSE PKWY STE 400

ATLANTA, GA 30328

(800) 348-8753

This inquiry is scheduled to continue on record until Oct 2022

![experian.]

**Credit scores**

### FICO® Score 8



# 595

FICO® SCORE 8
Experian data 8/17/2021

Your score is below the average score of U.S. consumers, though many lenders will approve loans with this score.

---

## What's helping

✓ **Bills paid on time recently**

- You've recently been paying your bills on time.

- Your most recent missed payment happened: 3 Years, 11 Months ago

- About 98% of FICO High Achievers have no missed payments at all. But of those who do, the missed payment happened nearly 4 years ago, on average.

- While you have missed payments in the past, you have recently been paying your bills on time. Staying current and paying bills on time demonstrates lower risk.

---

## What's hurting

— **Negative items**

- You have a serious delinquency or derogatory indicator, public record and/or collection on your credit report.

- Number of your accounts that were ever 60 days late or worse or have a derogatory indicator: 9 accounts

- Virtually no FICO High Achievers have a 60 days late payment or worse listed on their credit report.

- Number of collections on your credit report: 6 collections

- Virtually no FICO High Achievers have a public record or collection listed on their credit report.

- The presence of a serious delinquency or derogatory indicator and a derogatory public record or collection is a powerful predictor of future payment risk. Most collections, public records and delinquencies stay on the report for no more than seven years - though there are certain items that could remain longer. As these items age, they will have less impact on the FICO® Score. Satisfying the public record or paying off the collection will not remove the item from a credit report. And it will still be considered by a FICO® Score as long as it is reported.

— **High credit usage**

- You've made heavy use of your available revolving credit.

- Ratio of your revolving balances to your credit limits: 161%

- For FICO High Achievers, the average ratio of the revolving account balances to credit limits is less than 7%.

- The FICO® Score evaluates balances in relation to available credit on revolving accounts. The extent of a person's credit usage is one of the most important factors considered by a FICO® Score. People who keep their ratio of balances to credit limits lower are generally considered less risky to lenders than those with higher ratios. Note, consolidating or moving debt from one account to another will usually not change the total amount owed.

— **Bad payment history**

- You have one or more accounts showing missed payments or derogatory indicators.

- Number of your accounts with a missed payment or derogatory indicator: 10 accounts

- About 98% of FICO High Achievers have no missed payments at all. But of those who do, the missed payment happened nearly 4 years ago, on average.

- The presence of missed and late payments or derogatory indicators on a credit report, including the number of late payments, how late they were and how recently they occurred, are correlated with future credit risk. Your FICO® Score was lowered due to the number of missed and late payments and/or accounts with derogatory indicators reported. As the number of accounts with delinquency or derogatory indicators decreases, they have less impact on a FICO® Score.

— **Short account history**

- You have a short credit history.

- Your oldest account was opened: 7 Years, 4 Months ago

- FICO High Achievers opened their oldest account 25 years ago, on average.

- Average age of your accounts: 4 Years, 2 Months

- Most FICO High Achievers have an average age of accounts of 9 years or more.

- People with longer credit histories who infrequently open new accounts generally pose less risk to lenders. In your case, the age of your oldest account and/or the average age of your accounts is relatively low.

# Genesis F.S. Card Services

Called 4:23pm 9/3/2021 - Person hung up on me
        4:26pm    9-3-21
1) How much was due? 2332-44

When was it due? 9-16-21

What were dates of last 12 payment due and
recieved

9-15-16      35$ recieved
10-14-16     35$ recieved
2-24-2017    10$ recieved
3-16-2017    10$ recieved

Have you called or reached out to me?
                operator No recent contact
                date of last contact cannot
                go back further than 3 years
                for last contact

Spoke   Sasha 1/2   Ib# 301 292

 **Better Business Bureau®**



Home > Oregon > Beaverton > Consumer Finance Companies > Genesis FS Card Services, Ir
eviews

◁ Share　🖶 Print

**« Customer Reviews**

## Customer Reviews

# Genesis FS Card Services, Inc.

📍 15220 NW Greenbrier
Pkwy Ste 200
Beaverton, OR 97006-
5762

🌐 http://www.genesis-fs.co
m/

📞 (866) 502-6439

### IGR
 (1 star)　　　　　　　　　　　　　　　　　　08/25/2021

Horrible card ,bank and costumer service they don't even have a fraud department hackers love this bank be aware be careful go with another bank horrible experience be aware please they simply don't care about the customer is really bad I have good *********************** always pay on time I got this when I was younger an wow what a mistake waiting for my fraud issue to be resolved so I can close this account please be aware of this people.

### Lisa B
⭐☆☆☆☆ (1 star)　　　　　　　　　　　　　　　　　　08/24/2021

I would of not put any stars if I could. These people harass you several times a day for payment even up to a week after you pay. Phone calls, emails, and letters in the mail over 10 days after you have paid. They also are very up to date on bad reporting on your credit the day after your payment. They are no help if your trying to fix your credit.

## Claire marie C

★☆☆☆☆ (1 star)

08/20/2021

I just received my card . I had to use a good portion of my available credit due to a unforeseen ****. So, it showed I had $15 available. On my account it show that a $75 fee was owed. So I paid the fee on July 5 it was taken out of my account immediately end it took until the 20th of this month to reflect my available. I am beyond ******.First they said it could take up to 14 days to clear to process it processed on July 6 that money was out of my account and sitting somewhere collecting interest o something. I called customer service numerous times and was told to send a fax With my account information showing that it was taken out of my bank account. So I sent a fax and I followed up an they continue to tell me while sorry for the miss communication, but you will not see it on your card for the full 14 days!! I spoke to several different supervisors customer service reps and it was a supervisor that advised me to send the fax of my bank account to them to process it sooner. I did so and it just came on my account today August 20 and I paid it on August 6 technically the fifth but it was taken out on the 6th which I have verification of.I called to ask for the corporate office and they tell me that there isnt one. Where was my $75 payment sitting for 14 days???

## j. .

★☆☆☆☆ (1 star)

08/19/2021

Do not use this card. I called to have my payment date changed right after I made a payment. They told me that my account had to be current. That I would have to make a double payment at the end of the month. I did not realize that it would come out automatically I assumed I would have to pay it as I normally do. well when the time came I had some family issues come up and figured I would just pay extra next month to change the pay day. But when I woke up the day after I was suppose to pay they took the money out of my account which made my account negative. When I called them to try to resolve the issue. They told me there is nothing they can do. because I agreed to everything over the phone when my under standing was I was agreeing to the change of payment date. I expressed to them that I miss understood what was going to take place. That they over drafted my account and all I wanted to do was reverse the transaction so I could correct the mistake and they would not even give it a second thought. Granted it was my mistake for misunderstanding them on the phone even though the woman I was speaking to I could hardly hear a word of what she was saying. moral of the story don't agree to anything over the phone. I have spent thousands of dollars with this company and not a single curtesy for customer satisfaction. So as of this post I have made 3 months of payments in 1 months time. 2 of which I did not want to happen. So now I am out an entire paycheck and then some. because they would not help me with reimbursing the extra 2 payments that I did not want to make in the first place.

## Crystle M

★☆☆☆☆ (1 star)

08/17/2021

I dont know if theyre running some sort of scheme to make money but something is going on. I got an account with them through Wayfair and I always make sure I pay all my bills on time. But when you schedule your payment for some reason the scheduled payment disappears and that way they can charge you a late fee. I pay my bills at least a week before the due date and so once I schedule the payments I go on about my life then Ill get multiple calls about the **** being past due. I think to myself

I know i scheduled that payment so it was making think like Im losing my mind! This has happened to me 3 times, I scheduled the payment, they delete the scheduled payment or do whatever they do, then I get calls about my account being past due and now Im paying extra money.From now on I am screenshotting EVERY PAYMENT.they not robbing me anymore!

### Melissa N
⭐☆☆☆☆ (1 star)



08/14/2021

I made a payment early like I always do this time they kicked it back with no reason why. They then called me to tell me I was late. I told them what happened and she was so stupid she could not even tell me why it got kicked back. I did pay the whole account off and when I did I seen I was charged an extra $60.00 with no reason why. I do not recommend this company.

### Chad N
⭐☆☆☆☆ (1 star)

08/11/2021

Please avoid this card at all cost I knew about the fees associated with it but was hoping to starting rebuilding my credit with it I got my card and of course got nailed with all the fees and now I figured I would start paying it down so that my credit report would start showing a card with low balance. So I made a payment and that has been two weeks ago and its still not posted I made a call and I was assured that it would post by tomorrow which is 15 days and they guy told me that sometimes that just happens with all credit companies and ugh no it does not. So now I get charged with all there fees and interest and its making my credit worse because its showing a higher balance. PLEASE avoid at all cost Im going to close this account ASAP.

### Michael M
⭐☆☆☆☆ (1 star)

08/10/2021

I have had this card for a year. Every payment made on time. After I made my last payment I get an automated message to call them, so I call and then they proceed to tell me that they want another payment of $131.00 for fees and annual fee. I am so unimpressed with this card and the customer service. I suggest you stay away from this get nowhere card.

### William C
⭐☆☆☆☆ (1 star)

07/27/2021

I signed up for their Card Services and received the card. Upon trying to activate the card I was informed that the account was closed due to me calling in and requesting it. I did call them on the 19th of July to try to change my mailing address however they refused. I do not understand how they can send you a card that is closed and closed not upon request.

## Dietra P
⭐☆☆☆☆ (1 star)

07/19/2021

Do not apply for any card attached to the "Genesis Financial Solution Institution. Applied for their Indigo Card. After hearing all the bad reviews, further confirms my right decision to close this accou[...] before it even got started. I was sent a bill, never received a card, which left a bad taste already in m[...] mouth. Called about the situation only to be asked would you be making a payment today, which also confirmed my closing the account. Only then to be told to think about it, because the card can be used for emergency purposes. My response" you just did not make that statement. You idiot this card and a million others as well!!! Further confirmed my closing of this account. So glad I did not get caught up in this circus of an Institution. So sorry so many had gotten caught up. Praying that everyone can get themselves removed from them without further complications In Jesus Name!!!

## Sandie P
⭐☆☆☆☆ (1 star)

07/16/2021

The worst credit company ive ever dealt with and would not recommend wasting your time paid on this account over a year on time then paid it off in full!!!!!only to have my account closed due to the most ridiculous excuse ive ever heard .

## Gary D
⭐☆☆☆☆ (1 star)

07/05/2021

I have a **** ***** home improver card. Through my genius credit.. **** ***** did not inform me that I was not applying for a **** ***** card. And I received the improver card instead of the **** ***** card there is a difference. I have always made payments on time or kept the card paid off. However it's declined so far 75% of the time I've tried to use it. And I've been forced to use my business account. Apparently after you make a payment and it's come out your account they hold the credit line available for up to 15 days. No thanks I'm done I've cut up the card. This is not worth the hassle. What good is the credit line if you never know when it's going to work or not.

## Della D
⭐☆☆☆☆ (1 star)

06/26/2021

DO NOT GET THIS CARD!! Simply speaking the worst credit card anyone could get besides ****** *** and the class action lawsuits against ****** *** are through the roof. WARNING: FIND ANOTHER CARD

## Sammi R.

⭐️☆☆☆☆ (1 star)

06/23/2021

This company ignores any dispute request. *** ********* charged me 4k using Genesis FS and delivered all broken down furnitures. Genesis FS refuse to investigate my claims after months of providing documentation. On June 21, 2021, this company charged me 1100$ in interest without any notification whatsoever. I cannot email/contact anyone. No one answers the phone. I have not used this card since original scam in 9/2029 by *** *********. This company (FS Genesis) needs to be investigated asap. Please call me for further verification of this matter.



## Benedict O

⭐️☆☆☆☆ (1 star)

06/21/2021

I will not encourage anybody to use Genesis fs. They are ripping people off their hard-earned money. Their interest rate and repayment structure are very bad. I rate them Zero because I don't think they have a conscience.

## This company is awful

⭐️☆☆☆☆ (1 star)

06/11/2021

These people took over an account. They claim they bought the debt. During COVID I had a hardship and entered into an agreement. They said I could pay the amount for a year on time and they would not report it on my credit. What do you think they did? They put a different amount than I agreed, arbitrarily changed my due date and then reported it to the credit bureaus anyway. Took my credit score down significantly. When I spoke to the agent again he asserted that he did the right thing. I got caught up on my bill, but now their website and mobile app is down and the only way you can make the payment is by giving their employees your bank account information. You think I am comfortable with that and they have displayed 3 lies already? I can't wait until this bill is fully paid.

## Justin B

⭐️☆☆☆☆ (1 star)

05/31/2021

They lock your account if you make any changes to your profile. Their customer service representatives will hang up on you. They only accept faxes and snail mail, no emails. They are extremely rude and will not unlock your account unless you use the antiquated methods. They have no concept of good customer service. You cannot find your account information without calling. Good luck trying to reach someone.

## Chauntay

★☆☆☆☆ (1 star)

05/28/2021

I have had nothing bur wrong charges for fees and they hold payments if I go to make a payment center they only accept 895 fee charged to pay them at the Walmart payment center and then incalled to close this fee charging fees over and over again cancel the card she told me know the phone it's going on my credit report why I said shows I closed it is not good for my credit report why would that be she didn't know but it won't be good thing I hate this company they R total bullies



### Matt w.

★☆☆☆☆ (1 star)

05/26/2021

I signed up through ****** ***** and apparently entered my birthdate incorrectly. After many attempts to make an account online (so I could see what my transactions were) I had no luck. I made a payment using the automated phone system and then started to notice my balance mysteriously shrinking when I was not using the card. So, I called up customer service only to find they use the same voice changing technology as those crime shows that protect the identity of the whistle blower or victim with a robo-voice but fortunately for me it stopped working halfway through the call so miraculously I could understand the person on the other end. They only needed me to fax a copy of my license in order to change the birthday which is the only way I can sign up to see my transactions. So now I have to finish paying off this card and hope they let me cancel it without faxing my ID. That is something I can't comprehend. They didn't need the ID when I opened the account. They didn't need the ID when I paid the bill for the first time. But when I want to know what I'm being charged for I have to jump through hoops. It sounds like identity theft to me. And when the BBB has over 1000 reports in the last three years it only reassures my fears. Please save yourself the frustration. I know it can be hard when you need a little help and they're the only ones offering it but think why would a company let almost anyone with a SS # and address sign up. You don't even have to enter the right info. But if you want to change it they'll need you to bring as much proof as the DMV will want when you change your address. It's absurd.

### Debbie Y

★☆☆☆☆ (1 star)

05/21/2021

All of the payments made I thought I was boosting my credit score. Someone closed my account back in 2018 and I am just finding out today 2021 that it has been closed and I don't have any credit!!!!!! After paying month after month. What a fraud! Never again!!!

BBB Business Profiles may not be reproduced for sales or promotional purposes.

BBB Business Profiles are provided solely to assist you in exercising your own best judgment. BBB asks third parties who publish complaints, reviews and/or responses on this website to affirm that the information provided is accurate. However, BBB does not verify the accuracy of information provided by third parties, and does not guarantee the accuracy of any information in Business Profiles.

When considering complaint information, please take into account the company's size and volume of transactions, and understand that the nature of complaints and a firm's responses to them are often more important than the number of complaints.

BBB Business Profiles generally cover a three-year reporting period. BBB Business Profiles are subject to change at any time. If you choose to do business with this business, please let the business know that you contacted BBB for a BBB Business Profile.

As a matter of policy, BBB does not endorse any product, service or business.





US POSTAGE
$02.56⁹
First-Class

Mailed From 19145

032A 0061856758

Deborah Will
118 Avalon W
Upper Darby Pa 19082

Eastern District of
Pennsylvania

Office of Clerk of Court
At 2609 United States Courthouse
601 Market St
Phila Pa 19106



RECEIVED
SEP 23 2021

U.S.M...
X.X...